**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DAN RISK RETENTION GROUP, INC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PADI AMERICAS, INC., PADI WORLDWIDE CORPORATION, NAUI SERVICES GROUP, INC., NATIONAL ASSOCIATION OF UNDERWATER INSTRUCTORS, INC., SCUBATOYS ENTERPRISES, LLC, SCUBA RANCH AND RECREATION PARKS, LLC d/b/a SCUBA RANCH, GREGORY KNAUER, JONATHAN ROUSSEL, JOSEPH JOHNSON, and WILLIAM ARMSTRONG,** | § § § § § § § § § § § § | **CIVIL ACTION NO. 3:26-cv-1976** |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD**

COMES NOW Defendant, Gregory Knauer, and, without waiving any objections to jurisdiction, venue, or any Federal Rule of Civil Procedure 12 defenses, hereby respectfully requests an additional sixty (60) days in which to respond to the Complaint for Declaratory Judgment filed by DAN Risk Retention Group, Inc. The parties are currently engaged in discussions that, if successful, could resolve all issues set forth in this matter. Further, undersigned counsel requires additional time to prepare an appropriate response to the Complaint for Declaratory Judgment if discussions do not result in resolution of this matter.

No prior extensions have been requested or granted, and Plaintiff's counsel has no objection to the granting of this motion.

Respectfully submitted,

*/s/ Michael H. Bagot, Jr.*

MICHAEL H. BAGOT, JR. (TX #01512520)
**WAGNER, BAGOT & RAYER, LLP**
Pan American Life Center – Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-525-2141
Facsimile: 504-523-1587
E-mail: mbagot@wb-lalaw.com

and

KARL W. KOEN
State Bar No. 11652275
**GAUNTT, KOEN, BINNEY & KIDD, L.L.P.**
14643 Dallas Parkway, Suite 570
Dallas, Texas 75254
Telephone: (972) 630-4620
Facsimile: (972) 630-4669
E-mail: Karl.Koen@gkbklaw.com
**Attorneys for Gregory Knauer**