IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAN RISK RETENTION GROUP, INC.,

Plaintiff,

V.

PADI AMERICAS, INC., PADI WORLDWIDE CORPORATION, NAUI SERVICES GROUP, INC., NATIONAL ASSOCIATION OF UNDERWATER INSTRUCTORS, INC., SCUBATOYS ENTERPRISES, LLC, SCUBA RANCH AND RECREATION PARKS, LLC d/b/a SCUBA RANCH, GREGORY KNAUER, JONATHAN ROUSSEL, JOSEPH JOHNSON, and WILLIAM ARMSTRONG,

CIVIL ACTION NO. 3:26-cv-01976-L

Defendants.
_______________________________________/

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

NAUI Service Group, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

National Association of Underwater Instructors, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

***Please separate names with a comma. Only text visible within box will print.***

Dan Risk Retention Group, Inc., Padi Americas, Inc., Padi Worldwide Corporation, NAUI Services Group, Inc., National Association of Underwater Instructors, Inc., Scubatoys Enterprises, LLC, Scuba Ranch and Recreation Parks, LLC D/B/A Scuba Ranch, Gregory Knauer, Jonathan Roussel, Joseph Johnson, And William Armstrong

Respectfully submitted,

Date: August 24, 2026

/s/ *David F. Pope*

David F. Pope – FBN164452
BANKER LOPEZ GASSLER P.A.
4300 W Cypress Street, Suite 800
Tampa, FL 33607
Telephone: 813-221-1500
Facsimile: 813-222-3066
Email: Service-dpope@bankerlopez.com

/s/ James McCorquodale

James McCorquodale
Texas Bar No. 13464900
LAW OFFICE OF SANDY MCCORQUODALE, P.C.
12700 Hillcrest Road, Suite 125
Dallas TX 75230
Tel. 214-712-4472
Fax 815-572-9448
Email: Sandy@SMQLAW.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.