**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DAN RISK RETENTION GROUP, INC,**<br><br>Plaintiff,<br><br>v.<br><br>**PADI AMERICAS, INC.; PADI WORLDWIDE CORPORATION; NAUI SERVICES GROUP, INC.; NATIONAL ASSOCIATION OF UNDERWATERINSTRUCTORS, INC.; SCUBATOYS ENTERPRISES, LLC; SCUBA RANCH AND RECREATION PARKS, LLC d/b/a SCUBA RANCH; GREGORY KNAUER, JONATHAN ROUSSEL, JOSEPH JOHNSON; and WILLIAM ARMSTRONG,**<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:26-CV-1976-L** |

**ORDER**

Before the court is Defendant Gregory Knauer's Unopposed Motion for Extension of Time In Which to Plead ("Motion") (Doc. 21), filed August 24, 2026. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendant file an answer or responsive pleadings to the Complaint for Declaratory Judgment is **October 23, 2026**. ***No further extensions will be granted, and this applies to all Defendants who have been properly served or waived service***.

**It is so ordered** this 24th day of August, 2026.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**